THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Santos Medina, Appellant.
 
 
 

Appeal From Lexington County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2009-UP-124
 Submitted March 2, 2009  Filed March 5,
2009

AFFIRMED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and Solicitor
 Donald V. Myers,  of Lexington, for Respondent.
 
 
 

PER CURIAM: Santos Medina appeals his conviction and sentence for assault and battery of a high and
 aggravated nature (ABHAN), arguing the trial court improperly instructed the
 jury on the required mental state for ABHAN.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v. Conyers, 326 S.C. 263, 266, 487 S.E.2d 181,
 183 (1997) (explaining an issue must be raised
 and ruled upon in the trial court in order to be preserved for appellate
 review); State v. Kennerly, 331 S.C. 442, 455, 503 S.E.2d 214,
 221 (Ct. App. 1998) (stating a party cannot argue
 one ground at trial and then an alternative ground on appeal).  
AFFIRMED.
SHORT, THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.